

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00251-CR

**IN RE** Jose **HILARIO-VILLANUEVA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: March 12, 2025

DENIED

Relator, Jose Hilario-Villanueva, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Hilario-Villanueva is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 14917CR, styled *The State of Texas v. Jose Hilario-Villanueva*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.